IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01253-LTB

LA'RON MARSHALL,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 9, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 9th day of June, 2014.

                                                 FOR THE COURT,

                                                 JEFFREY P. COLWELL, Clerk

                                                 By: s/K Lyons
                                                      Deputy Clerk